■ ALICE DIAZ, Respondent, v CLOCK TOWER ASSOCIATES, L.P., Doing Business as CLOCKTOWER COMMONS, Appellant. [706 NYS2d 632] —Order, Supreme Court, Bronx County (George Friedman, J.), entered October 20, 1999, which denied defendant's motion to change venue to Putnam County on the ground that the Bronx is not a proper county, unanimously affirmed, without costs.

The motion, which was made approximately eight months after plaintiff's deposition at which defendant learned of plaintiff's alleged true residence in Putnam County, was properly denied on the ground that it was not made promptly after such deposition (see, Runcie v Cross County Shopping Mall, 268 AD2d 577; cf., Horowicz v RSD Transp., 249 AD2d 511; compare, Philogene v Fuller Auto Leasing, 167 AD2d 178, 179). We would also note that there is no explanation as to why plaintiff's deposition was not conducted until more than two years after the action was commenced. Concur—Wallach, J. P., Lerner, Rubin and Buckley, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. STEVEN M. COHEN, Admitted in 1979, at a Term of the Appellate Division, Second Department. SONDRA SELLARS, Admitted on April 14, 1986, at a Term of the Appellate Division, First Department. [709 NYS2d 814] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [See, 230 AD2d 366; 257 AD2d 127.]

■ In the Matter of DAVID M. LEE (Admitted as DAVID MURRAY LEE), a Suspended Attorney. [710 NYS2d 6] —Motion to confirm the Determination of the Hearing Panel granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Rosenberger, J. P., Nardelli, Wallach, Rubin and Buckley, JJ.